Núm. 6438.—Pueblo, apldo. *v.* Colón, aplte.—C. D. San Juan. Enero 29, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, el único señalamiento de error es que:

"El tribunal inferior cometió manifiesto error en la apreciación de la prueba practicada, no justificando la misma la sentencia condenatoria dictada."

Por cuanto, examinada la prueba a la luz de los alegatos y los argumentos orales de las partes la misma no resulta insuficiente para sostener la sentencia, y no encontramos error manifiesto en la apreciación de la prueba misma, aunque si el juez de distrito hubiese creído la declaración del único testigo del acusado esto habría justificado su absolución.

Por tanto, se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan en 22 de septiembre de 1936.

Los Jueces Asociados señores Wolf y Córdova Dávila no intervinieron.